FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC -9  P 4: 10

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

-------------------------------------------------------- x

AMTOTE INTERNATIONAL, INC.                    :

                              Plaintiff,      :    02-Civ.-3616 (MJG)

              v.                              :

                                              :

VeCOMMERCE, INC. and VeCOMMERCE,              :
LTD.                                          :

                              Defendants.     :

-------------------------------------------------------- x

## STIPULATION AND ORDER

        IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned

counsel for the parties below, that the time for defendants VeCommerce, Ltd. and VeCommerce,

Inc. to answer, move or otherwise respond to the Complaint in this action shall be extended until

and including January 15, 2003.

Dated:          December 4, 2002

_____          _____
Steven E. Tiller, #11085                 Michael E. Wiles
Gregory M. Stone, #24547                 Carl W. Oberdier
WHITEFORD, TAYLOR & PRESTON, L.L.P.      DEBEVOISE & PLIMPTON
Seven Saint Paul Street                  919 Third Avenue
Baltimore, Maryland  21202-1626          New York, New York 10022
(410) 347-8700                           (212) 909-6000

  Attorneys for Plaintiff AmTote           Attorneys for Defendants
    International, Inc.                        VeCommerce Ltd. and
                                              VeCommerce Inc.

SO ORDERED:

_____  12/8/02
Honorable Marvin J. Garbis
United States District Judge