ORIGINAL

$50
#119196

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMTOTE INTERNATIONAL, INC.     *

      Plaintiff(s)     *

         Case No.: 02 Civ. 3616 (MJG)

vs.     *

VeCOMMERCE, INC. et al.     *

      Defendant(s)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Paul Oetken, am a member in good standing of the bar of this Court. My bar number is 12461. I am moving the admission of Jessica L. Margolis to appear *pro hac vice* in this case as counsel for VeCommerce, Inc. and VeCommerce, Ltd.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State, AD1 | March 5, 2001 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court **0** times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or ____N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_____
Signature

J. Paul Oetken
Printed Name

Debevoise & Plimpton
Firm
919 Third Avenue
New York, NY 10022
Address

212 909-6000
Telephone Number

212 909-6836
Fax Number

PROPOSED ADMITTEE
_____
Signature

Jessica L. Margolis    Prid 297601
Printed Name           Plid 11872

Debevoise & Plimpton
Firm
919 Third Avenue
New York, NY 10022
Address

212 909-6000
Telephone Number

212 909-6836
Fax Number

********************************************************************************

## ORDER

☒ GRANTED                ☐ DENIED

                         Felicia C. Cannon

2-4-03
_____
Date

                         Clerk, United States District Court
                         by _____

## CERTIFICATE OF SERVICE

The undersigned, an attorney associated with the law firm of Debevoise & Plimpton, certifies that, on this 30th day of January, 2003, I caused a copy of VeCommerce, Ltd. and VeCommerce, Inc.'s Motion for Admission *Pro Hac Vice* of Jessica L. Margolis to be served by First Class Mail upon the following attorneys for AmTote International, Inc.:

    Steven E. Tiller, Esq.
    Whiteford, Taylor & Preston, L.L.P.
    Steven Saint Paul Street – Suite 1400
    Baltimore, Maryland 21202-1626

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2003
    New York, New York

                                                            J. Paul Oetken