

**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMTOTE INTERNATIONAL, INC.                    *

        **Plaintiff(s)**                              *

            **vs.**                                        *      **Case No.:** 02 Civ. 3616 (MJG) _____

VeCOMMERCE, INC. et al. _____     *

        **Defendant(s)**
                  **\*\*\*\*\*\***

## MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Paul Oetken _____, am a member in good standing of the bar of

this Court. My bar number is 12461 _____. I am moving the admission of

Michael E. Wiles _____ to appear *pro hac vice* in this case as

counsel for VeCommerce, Inc. and VeCommerce, Ltd. _____.

    We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| See Appendix A | |
| | |
| | |
| | |
| | |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

J. Paul Oetken
_____
Printed Name

Debevoise & Plimpton
_____
Firm
919 Third Avenue
New York, NY  10022
_____
Address

212 909-6000
_____
Telephone Number

212 909-6836
_____
Fax Number

PROPOSED ADMITTEE

_____
Signature

Michael E. Wiles
_____
Printed Name

Debevoise & Plimpton          Prid 297599
_____
Firm                          Plid 118725
919 Third Avenue
New York, NY  10022
_____
Address

212 909-6000
_____
Telephone Number

212 909-6836
_____
Fax Number

*************************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

_____          Felicia C. Cannon

2-4-03

_____
Date

                                 **Clerk, United States District Court**
                                 by: Lena Harvey

# APPENDIX A

| Court | Date of Admission |
| --- | --- |
| New York State, AD1 | June 20, 1979 |
| Southern District of New York | September 25, 1979 |
| Eastern District of New York | October 22, 1979 |
| Northern District of New York | September 12, 1988 |
| Second Circuit | March 9, 1989 |
| Third Circuit | November 4, 1983 |
| Sixth Circuit | October 31, 1995 |
| Seventh Circuit | February 21, 1986 |
| Tenth Circuit | April 7, 1982 |
| United States Tax Court | October 15, 1991 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney associated with the law firm of Debevoise & Plimpton, certifies that, on this 30th day of January, 2003, I caused a copy of VeCommerce, Ltd. and VeCommerce, Inc.'s Motion for Admission *Pro Hac Vice* of Michael E. Wiles to be served by First Class Mail upon the following attorneys for AmTote International, Inc.:

    Steven E. Tiller, Esq.
    Whiteford, Taylor & Preston, L.L.P.
    Steven Saint Paul Street – Suite 1400
    Baltimore, Maryland 21202-1626

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2003
      New York, New York

                                  J. Paul Oetken