UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| AMTOTE INTERNATIONAL, INC.<br><br>Plaintiff<br><br>v.<br><br>VeCOMMERCE, INC., *et al.*<br><br>Defendants | Civil Action No: MJG 02 CV 3616 |

### STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiff/Counter-Defendant AmTote International, Inc., and Defendants/Counter-Plaintiffs, VeCommerce, Inc. and VeCommerce, Ltd., by their respective undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate and agree to the dismissal, with prejudice, of all claims in Plaintiff's Complaint and in Defendants' Counterclaim and respectfully request that the Court approve and order such dismissal. The Stipulation of Dismissal is signed by counsel for all parties who have appeared in this action.

| | |
|---|---|
| /s/<br>Steven E. Tiller, #11085<br>Gregory M. Stone, #24547<br>Ilana Subar, #25181<br>WHITEFORD, TAYLOR & PRESTON L.L.P.<br>Seven Saint Paul Street<br>Baltimore, MD 21202-1626<br>(410) 347-8700<br><br>*Counsel for Plaintiff/Counter-Defendant*<br>*AmTote International, Inc.* | /s/<br>J. Paul Oetken, #12461<br>Michael C. Wiles<br>Carl W. Oberdier<br>Jessica L. Margolis<br>(signed by Steven E. Tiller with permission<br>of Jessica L. Margolis)<br>DEBEVOISE & PLIMPTON<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000<br><br>*Counsel for Defendants/Counter-Plaintiffs*<br>*VeCommerce, Inc. and VeCommerce, Ltd.* |

APPROVED AND ORDERED:


_____/s/_____
Judge Marvin J. Garbis
United States District Court for the
District of Maryland


     January 5, 2004